# EXHIBIT A

**Subject:** Request #523400: How would you rate the support you received?
**Date:** Tuesday, February 25, 2020 at 6:05:25 PM Eastern Standard Time
**From:** Legal
**To:** John Di Giacomo

Hi there!

Thanks for reaching out to TeePublic Support! We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what this request was about:

### TeePublic Legal Team (TeePublic)
Feb 24, 5:43 PM EST

Hi John,

Thank you for bringing this to our attention. Pursuant to our DMCA policy, we have removed the designs identified in your e-mail and notified the user who posted this content. Due to the nature of this incident, we have also permanently deleted the user account associated with these uploads.

Best,
Kali, on behalf of TeePublic.com

### John Di Giacomo
Feb 24, 7:27 AM EST

Dear Sir or Madam:

We represent the interests of Derek DeYoung, a Michigan artist who is well and widely known for his works of art concerning fish and fishing. It has been brought to our attention that TeePublic is a mass print on demand infringer of our client's copyrighted and trade dress protected works. More specifically, TeePublic is currently hosting the following works:

https://www.teepublic.com/t-shirt/7553573-montana-rainbow-trout-t-shirt-derek-deyoung-fishin?utm_source=paid_search&utm_medium=ppc&utm_campaign=PLA&utm_content=tshirt-unisex&feed_sku=7553573D1V&utm_source=google&utm_medium=cpc&utm_campaign=AgencyWithin_Shopping_TopLevelTShirts&ar_clx=yes&ar_channel=google&ar_campaign=1510062400&ar_adgroup=57012254846&ar_ad=383964090640&ar_strategy=search&gclid=Cj0KCQiAv8PyBRDMARIsAFo4wK0RcwtyCMVwJNXDnm27g3r35p2sFjXvVb7zWfCSII1UEdnSMkQFi_8aAkrZEALw_wcB&gclsrc=aw.ds

https://www.teepublic.com/t-shirt/7610595-tarpon-flank-t-shirt-derek-deyoung-novelty-fishing?utm_source=paid_search&utm_medium=ppc&utm_campaign=PLA&utm_content=tshirt-unisex&feed_sku=7610595D1V&utm_source=google&utm_medium=cpc&utm_campaign=AgencyWithin_Shopping_TopLevelTShirts&ar_clx=yes&ar_channel=google&ar_campaign=1510062400&ar_adgroup=57012254846&ar_ad=383964090640&ar_strategy=search&gclid=Cj0KCQiAv8PyBRDMARIsAFo4wK36yMET6MLt7MrGvdZBYQLNLkycXa_l24w_LvuaunkJRmgN_jS-mNIaAgkBEALw_wcB&gclsrc=aw.ds

These two links are just representative examples of the wide-scale infringement that is occurring on your service. A screenshot of the Google shopping links associated with a simple search for "Derek DeYoung Teepublic" is attached.

This is our client's last attempt to resolve this issue with Teepublic amicably and without litigation. These uses are not authorized by our client or the law, and our client states, under penalty of perjury, that these items are infringing and that this notice is submitted in good faith. Our client is also well aware of Teepublic's litigation history and will not hesitate to file suit against Teepublic should a site-wide block not be implemented to protect against any further infringement of our client's works.

I encourage you to contact me at the number below to resolve this matter no later than Wednesday, February 26, 2020.

--







Filter by Material



Cotton | Cotton Blend

Filter by Sleeve Style



Long Sleeve | Short Sleeve

Ad · www.teepublic.com/
**TeePublic Official Site | Home of Original Art**
★★★★★ Rating for teepublic.com: 4.4 - 61,222 reviews
If you think it, indie artists have a design for it. We're powered by our indie artists. **TeePublic** is the best gift, whether for your loved ones or just for yourself. Stickers, Cases, & More. $14 Tees. Thousands Of Designs.
Types: T-Shirts, Phone Cases, Stickers, Hoodies, Kid's T-Shirts.
Plus Sized Clothing · Stickers Are Here · Featured Designers · Totes McGoats



John Di Giacomo
Revision Legal
john@revisionlegal.com
Phone: 231.714.0100
https://www.revisionlegal.com
Line: johndigiacomo