EXHIBIT F

| Title | URL | Seller | | |
|-------|-----|--------|---|---|
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Magnet | https://www.teepublic.com/magnet/9307907-cutthroat-rainbow-brook-brown-trout-t-shirt-derek-?feed_sku=9307907D21V | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |
| Cubist Brown Trout Fishing Derek Deyoung T-Shirt | https://www.teepublic.com/t-shirt/11239766-cubist-brown-trout-fishing-derek-deyoung?feed_sku=11239766D1V | Nhucdau | Cubist Brown | VA 2-101-364 |
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung T-Shirt | https://www.teepublic.com/t-shirt/9307907-cutthroat-rainbow-brook-brown-trout-t-shirt-derek-?feed_sku=9307907D1V | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |
| Brown Trout and Dry Fly gift Derek DeYoung T-Shirt | https://www.teepublic.com/t-shirt/18306175-brown-trout-and-dry-fly-gift-derek-deyoung?feed_sku=18306175D1V | Morancortez | Brown Callibaetis | VA 2-076-693 |
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Pin | https://www.teepublic.com/pin/9307907-cutthroat-rainbow-brook-brown-trout-t-shirt-derek-?feed_sku=9307907D20V | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Long Sleeve T-Shirt | https://www.teepublic.com/long-sleeve-t-shirt/9307907-cutthroat-rainbow-brook-brown-trout-t-shirt-derek-?feed_sku=9307907D7V | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Pillow | https://www.teepublic.com/throw-pillow/9307907-cutthroat-rainbow-brook-brown-trout-t-shirt-derek-?feed_sku=9307907D17V&ar_clx=yes&ar_channel=google&ar_campaign=7170000074371617&ar_adgroup=5870000641868 0241&ar_ad=PRODUCT_GROUP&ar_strategy=search&utm_source=google&utm_medium=cpc&utm_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.Homegoods%5D&gclsrc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTBxT3my3qJ60vpPEMe7a9EFQRph-Zztns2AQGXqxhAx8gZBsUem-FThoCxnEQAvD_BwE&gclsrc=aw.ds | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |
| Brown Trout and Dry Fly gift Derek DeYoung Hoodie | https://www.teepublic.com/hoodie/18306175-brown-trout-and-dry-fly-gift-derek-deyoung?feed_sku=18306175D4V&ar_channel=google&ar_campaign=7170000074371623&ar_adgroup=58700006418680247&ar_strategy=search&utm_source=google&utm_medium=cpc&utm_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.Sweaters%5D&gclsrc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTB9sCFWJyG0Fxj6NNsyzyiyFgebaQM6uPNCTbTzn5j-z6Z2oiKpQjchoC0-0QAvD_BwE&gclsrc=aw.ds | Morancortez | Brown Callibaetis | VA 2-076-693 |

| | | | | |
|---|---|---|---|---|
| Cubist Brown Trout Fishing Derek Deyoung T-Shirt | https://www.teepublic.com/t-shirt/11239766-cubist-brown-trout-fishing-derek-deyoung?feed_sku=11239766D1V&ar_clx=yes&ar_chann el=google&ar_campaign=71700000074138311&ar_adgro up=58700006420459240&ar_ad=PRODUCT_GROUP&ar_s trategy=search&utm_source=google&utm_medium=cpc &utm_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.TShirts%5D&gcls rc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTB07cLc-3Po3nvafDHTzN18qEnXbQYdxOh3oxAoVJaTqNAnc6m6bfZ BoCyt4QAvD_BwE&gclsrc=aw.ds | Nhucdau | Cubist Brown | VA 2-101-364 |
| Pumpkinseed Fish Fishing gift Derek DeYoung Crewneck Sweatshirt | https://www.teepublic.com/crewneck-sweatshirt/17795864-pumpkinseed-fish-fishing-gift-derek-deyoung?feed_sku=17795864D5V&ar_clx=yes&ar_chann el=google&ar_campaign=71700000074371623&ar_adgro up=58700006418680247&ar_ad=PRODUCT_GROUP&ar_s trategy=search&utm_source=google&utm_medium=cpc &utm_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.Sweaters%5D&g clsrc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTB6JXd CArb3qfG09D7pdV_z3eVSiakiCG0JQqoeCUQGO9wdXF86k PJhoCaxlQAvD_BwE&gclsrc=aw.ds | VHTplus | Pumpkinseed on Blue | VA 1-934-627 |
| Brook Trout Flank Fishing gift Derek DeYoung Fisherman Crewneck Sweatshirt | https://www.teepublic.com/crewneck-sweatshirt/17946580-brook-trout-flank-fishing-gift-derek-deyoung-fishe?feed_sku=17946580D5V&ar_clx=yes&ar_channel=g oogle&ar_campaign=71700000074371623&ar_adgroup= 58700006418680247&ar_ad=PRODUCT_GROUP&ar_strat egy=search&utm_source=google&utm_medium=cpc&ut m_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.Sweaters%5D&g clsrc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTB1eEv HrcOkAilfUsDvKQwrYqTfW_j6AzG9464D-Y1-vjYFBtsKXZXBoCBp8QAvD_BwE&gclsrc=aw.ds | RabbitHKL | Abstract Brookie Flank 2 | VA 1-934-674 |

| | | | | |
|---|---|---|---|---|
| Montana Rainbow Trout gift Derek DeYoung Fishing Gift Hoodie | https://www.teepublic.com/hoodie/17795918-montana-rainbow-trout-gift-derek-deyoung-fishing-g?feed_sku=17795918D4V&ar_clx=yes&ar_channel=google&ar_campaign=71700000074371623&ar_adgroup=58700006418680247&ar_ad=PRODUCT_GROUP&ar_strategy=search&utm_source=google&utm_medium=cpc&utm_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.Sweaters%5D&gclsrc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTBwoDi-7mPy5AombWe0YKJbAB516Q7Iid4jLPi26a1SRwXbPTjMuv3BoCjwYQAvD_BwE&gclsrc=aw.ds | VHTplus | Abstract Rainbow Royal W | VA 1-970-688 |
| Henry's Fork Riser gift Derek DeYoung Fishing Gift Pillow | https://www.teepublic.com/throw-pillow/17793673-henrys-fork-riser-gift-derek-deyoung-fishing-gift?feed_sku=17793673D17V&ar_clx=yes&ar_channel=google&ar_campaign=71700000074371617&ar_adgroup=58700006418680241&ar_ad=PRODUCT_GROUP&ar_strategy=search&utm_source=google&utm_medium=cpc&utm_campaign=G.PLA+-+%5BG.USA%5D+%5BL.ENG%5D+%5BC.Homegoods%5D&gclsrc=aw.ds&gclid=CjwKCAiAgJWABhArEiwAmNVTB4K3F1k65Dn7hkw879U5kbIW0SAipqScVqxKVexOXQVdZphvWrtgIxoCJIMQAvD_BwE&gclsrc=aw.ds | VHTplus | Henry's Fork Riser | VA 1-934-685 |
| Cubist Brown Trout Fishing Derek Deyoung Mask | https://www.teepublic.com/mask/11239766-cubist-brow | Nhucdau | Cubist Brown | VA 2-101-364 |
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYo | https://www.teepublic.com/mug/9307907-cutthroat-rain | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |
| Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYo | https://www.teepublic.com/mask/9307907-cutthroat-rain | SuarezAdrians | 4 in 1 - Face | VA 1-910-379 |



# TEEPUBLIC

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL | KIDS APPAREL | HOME GOODS | CASES & STICKERS



 

## Cubist Brown Trout Fishing Derek Deyoung T-Shirt

**Fish T-Shirt** Designed and Sold by Nhuudau

Perfect Gift Idea for Men - Best Frenchie Dad Ever. Awesome gift from kids, youth, daughter, son, mom for daddy, dad, papa, father, husband, boyfriend, friend, buddy, parents, grandpa, granddad, grandfather, pet dog owner on Fathers Day / Christmas

Color: Black



| Gender | Male | Female |

| Style | Classic T-Shirt |

Size

| S | M | L | XL |
| 2XL | 3XL | 4XL | 5XL |

📏 View Size Chart

**$13** ~~$20~~

## ADD TO CART

**SAVE 35%** for the next:

| 0 | 15 | 26 | 23 |
| Days | Hours | Mins | Secs |

4.3 ★★★★½
Google
Customer Reviews

---

## More Cubist Brown Trout Fishing Derek Deyoung Products

  

| Hoodie > | Sticker > | Kids T-Shirt > | Mug > |

   

| CUBIST BROWN TROUT FISHING DEREK DEYOUNG ADULT APPAREL | CUBIST BROWN TROUT FISHING DEREK DEYOUNG CASES & STICKERS | CUBIST BROWN TROUT FISHING DEREK DEYOUNG KIDS APPAREL | CUBIST BROWN TROUT FISHING DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| Mask | | | Tapestry |
| | | | Pin |

---

## Fish Stickers Just for You



| Remora Sticker > | On A Fishing Mission Matthew 4 19 Fisher Of Men Sticker > | Fish Submarine Sticker > | GET! Sticker > |

---

## Fish T-Shirt

### Where Can I Find Other Fish Designs?

In addition to fish designs, you can explore the marketplace for fishing, fisherman, and sea designs sold by independent artists.

### What Material Is This Item Made Of?

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

### What USA Ship Methods Are Available?

Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

### What Is The Return/Exchange Policy?

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cubist Brown Trout Fishing Derek Deyoung

**Designer's Applied Tags**

lover fish, fish, fishing, fisher

**Customers Also Search**

fish masks, fishing, fisherman, sea, ocean, animal, water, funny fishing, fishing lover, nature, shark



---

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address    Subscribe

FOLLOW US!


**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Wall Art
Mugs
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL   KIDS APPAREL   HOME GOODS   CASES & STICKERS



## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Sticker

**Cutthroat Rainbow Brook Brown Trout Sticker**
Designed and Sold by **SuarezAdrians**

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Size    2¼" x 2¼"

Quantity   −   1   +

⚡ Buy any 4 stickers and get 25% off the full sticker price! **More cutthroat-rainbow-brook-brown-trout stickers »**

**$2** ~~$2.50~~

**ADD TO CART**

**SAVE 20%** for the next:

| 0 | 15 | 27 | 21 |
|---|---|---|---|
| Days | Hours | Mins | Secs |

4.3 ★★★★☆
Google
Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products



| T-Shirt › | Phone Case › | Kids T-Shirt › | Mug › |
|---|---|---|---|

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL**

Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt
Mask

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS**

Laptop Case
Magnet

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL**

Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS**

Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

## Cutthroat Rainbow Brook Brown Trout Sticker

**What Material Is This Item Made Of?**

Individually die cut vinyl sticker. Semi gloss finish. 3 x 4 inch max size includes a thin white border around the sticker. Perfect for placing on your laptop, notebook or anywhere your imagination leads! Learn More »

**What USA Ship Methods Are Available?**

Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brown, brook, derek, trout, cutthroat, rainbow, deyoung, derek deyoung, cutthroat rainbow brook brown trout

**Customers Also Search**

cutthroat rainbow brook brown trout masks



SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address    Subscribe

FOLLOW US!

EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

INFO
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Social Responsibility
Careers
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL   KIDS APPAREL   HOME GOODS   CASES & STICKERS




 

### Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Posters and Art Prints

Cutthroat Rainbow Brook Brown Trout Posters and Art Prints
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Print Type       Art Print

Print Size       Mini (8" x 8")

**$7** ~~$13~~

**ADD TO CART**

**SAVE 46%** for the next:

| 0 | 15 | 25 | 40 |
|---|----|----|----|
| Days | Hours | Mins | Secs |

4.3 ★★★★☆ Google Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products



T-Shirt          Sticker          Kids T-Shirt          Mug

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Notebook |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Pillow |
| Crewneck Sweatshirt | Magnet | Onesie | Tote |
| Long Sleeve T-Shirt | | | Tapestry |
| Baseball T-Shirt | | | Pin |
| Mask | | | |

### Cutthroat Rainbow Brook Brown Trout Posters and Art Prints

**What Material is This Item Made Of?**
Gallery quality, 100% cotton rag. Ultrachrome archival inks for rich, long-lasting color. Trimmed for framing with a 1 inch border. Learn More »

**What USA Ship Methods Are Available?**
Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

### Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**
brown, brook, derek, trout, cutthroat, rainbow, deyoung, derek deyoung, cutthroat rainbow brook brown trout

**Customers Also Search**
cutthroat rainbow brook brown trout masks



SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Enter Address     Subscribe

FOLLOW US!


**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL | KIDS APPAREL | HOME GOODS | CASES & STICKERS




## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Hoodie

Cutthroat Rainbow Brook Brown Trout Hoodie
Designed and Sold by SuarezAdriana

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

**Color:** Black

**Style**  Classic Hoodie

**Size**  S | M | L | XL
2XL | 3XL | 4XL | 5XL

📏 View Size Chart

**$35** ~~$45~~

**ADD TO CART**

SAVE 22% for the next:

| 0 | 15 | 27 | 39 |
|---|----|----|----|
| Days | Hours | Mins | Secs |

4.3 ★★★★½
Google
Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products



| T-Shirt › | Sticker › | Kids T-Shirt › | Mug › |

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| Mask | | | Tapestry |
| | | | Pin |

## Cutthroat Rainbow Brook Brown Trout Hoodie

**What Material Is This Item Made Of?**

Cotton/Poly fleece blend. Super warm and cozy fleece lining with an adjustable hood and banded cuffs to keep in the heat. Learn More »

**What USA Ship Methods Are Available?**

Standard (8-12 Business Days)
UPS Air (4-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brown, brook, derek, trout, cutthroat, rainbow, deyoung, derek deyoung, cutthroat rainbow brook brown trout

**Customers Also Search**

cutthroat rainbow brook brown trout masks



SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address   Subscribe

FOLLOW US!

| EXPLORE | PRODUCTS | DESIGNERS | INFO |
|---|---|---|---|
| All Designs | T-Shirts | TeePublic Blog | Contact Us |
| New Tees on Sale | Hoodies | Designer Signup | About Us |
| Featured Designers | Tank Tops | Design Guide | Find My Order |
| Newest Designers | Crewneck Sweatshirts | | Change My Order |
| Tag Directory | Long Sleeve T-Shirts | | Size Chart |
| | Baseball T-Shirts | | Hire an Artist |
| | Stickers | | FAQ |
| | Phone Cases | | Refunds & Returns |
| | Laptop Cases | | Shipping Info |
| | Kids T-Shirts | | Affiliate Signup |
| | Kids Hoodie | | Careers |
| | Kids Long Sleeve T-Shirt | | Social Responsibility |
| | Onesie | | Terms |
| | Mugs | | Privacy Policy |
| | Notebooks | | Do not sell my Personal Information |
| | Pillows | | Intellectual Property Policy |
| | Totes | | |
| | Tapestries | | |
| | Pins | | |
| | Magnets | | |
| | Masks | | |

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms



# TEEPUBLIC

Each purchase supports an independent artist.

English (US) $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    HOME GOODS    CASES & STICKERS



## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung T-Shirt

Cutthroat Rainbow Brook Brown Trout T-Shirt
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

**Color:** Black

Gender    Male    Female

Style    Classic T-Shirt

Size    S    M    L    XL
        2XL    3XL    4XL    5XL

View Size Chart

**$13**  ~~$20~~

**ADD TO CART**

SAVE 35% for the next:

| 0 | 15 | 28 | 5 |
|---|----|----|---|
| Days | Hours | Mins | Secs |


FRONT    FRONT ART

---

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products



Hoodie

Sticker

Kids T-Shirt



Mug

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| Mask | | | Tapestry |
| | | | Pin |

4.3 ★★★★★
Google
Customer Reviews

---

## Cutthroat Rainbow Brook Brown Trout T-Shirt

**What Material Is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brown, brook, derek, trout, cutthroat, rainbow, deyoung, derek deyoung, cutthroat rainbow brook brown trout

**Customers Also Search**

cutthroat rainbow brook brown trout masks

---

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address    Subscribe

FOLLOW US!

EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

INFO
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my
Personal Information
Intellectual Property
Policy

© TP Apparel LLC 2012 - 2020  |  Privacy Policy  |  Terms

Each purchase supports an independent artist.

  English (US) • $ USD

BROWSE     ADULT APPAREL     KIDS APPAREL     HOME GOODS     CASES & STICKERS



### Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung T-Shirt

Cutthroat Rainbow Brook Brown Trout T-Shirt
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

**Color: Black**

**Gender**   Male   Female

**Style**   Classic T-Shirt

**Size**   S   M   L   XL
2XL   3XL   4XL   5XL

View Size Chart

**$13**  $20

**ADD TO CART**

SAVE 35% for the next:

| 0 Days | 15 Hours | 30 Mins | 40 Secs |

4.3 ★★★★☆
Google
Customer Reviews

---

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products


**Hoodie**


**Sticker**

**Kids T-Shirt**


**Mug**

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| Mask | | | Tapestry |
| | | | Pin |

---

## Cutthroat Rainbow Brook Brown Trout T-Shirt

**What Material Is This Item Made Of?**
100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**
Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**
brown, brook, derek, trout, cutthroat, rainbow, deyoung, derek deyoung, cutthroat rainbow brook brown trout

**Customers Also Search**
cutthroat rainbow brook brown trout masks



---

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address   Subscribe

FOLLOW US!

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

   

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms



# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL | KIDS APPAREL | HOME GOODS | CASES & STICKERS



### Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts Kids T-Shirt

**Fishing Kids T-Shirt** Designed and Sold by kamht

Are you looking for funny fishing tees, fishing t-shirts or fishing gifts? This Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts is also a absolutely perfect gift for kith and kin, mom and dad, men and women who love fishing. Just Wear This Funny fishing items to express your patriotism and your love of fishing.

**Color:** Black

**Style** Toddler (Ages 1-3)

**Size** 2T | 3T | 4

View Size Chart

**$13** ~~$18~~

ADD TO CART

**SAVE 28%** for the next:

| 0 | 15 | 23 | 15 |
|---|----|----|----|
| Days | Hours | Mins | Secs |

4.3 ★★★★★
Google
Customer Reviews

## More Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts Products



**T-Shirt** ›

**Sticker** ›

**Kids Hoodie** ›

**Mug** ›





| FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS ADULT APPAREL | FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS CASES & STICKERS | FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS KIDS APPAREL | FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Long Sleeve T-Shirt | Wall Art |
| Tank Top | Laptop Case | Onesie | Notebook |
| Crewneck Sweatshirt | Magnet | | Pillow |
| Long Sleeve T-Shirt | | | Tote |
| Baseball T-Shirt | | | Pin |
| Mask | | | |

## Fishing Stickers Just for You



Fishing Design Fish Gift Cool Sea Sticker ›

Sorry I Wasn't Listening I Was Thinking About Fishing Sticker ›

Live Love Fishing Costumes Gifts Sticker ›

Fishing T Shirts- Big Girls Who Swallow Sticker ›

## Fishing Kids T-Shirt

**Where Can I Find Other Fishing Designs?**

In addition to fishing designs, you can explore the marketplace for fish, fisherman, and funny fishing designs sold by independent artists.

**What Material Is This Item Made Of?**

100% cotton. The perfect tee for kids, this shirt will hold up to whatever their day may bring. Learn More ›

**What USA Ship Methods Are Available?**

Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info ›

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More ›

### Similar to Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts

**Designer's Applied Tags**

fishing lover, fishing

**Customers Also Search**

fishing masks, fish, fisherman, funny fishing, fishing lover, sea, ocean, hunting, fishing gift, water, fishing is my life

## SUBSCRIBE TO OUR NEWSLETTER

For sales, exclusive content, and more!

Email Address | Subscribe

**FOLLOW US!**

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designs
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Wall Art
Mugs
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL | KIDS APPAREL | HOME FLAGS | CASES & STICKERS



## Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts Sticker

**Fishing Sticker** Designed and Sold by kamhi

Are you looking for funny fishing tees, fishing t-shirts or fishing gifts? This Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts is also a absolutely perfect gift for kith and kin, mom and dad, men and women who love fishing. Just Wear This Funny fishing items to express your patriotism and your love of fishing.

Size 3¾" x 2⅞"

Quantity − 1 +

⚡ Buy any 4 stickers and get **25% off** the full sticker price! More stickers +

**$2** ~~$2.50~~

### ADD TO CART

**SAVE 20%** for the next:

| 0 | 15 | 23 | 35 |
|---|----|----|----|
| Days | Hours | Mins | Secs |

4.3 ★★★★½
Google
Customer Reviews

## More Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts Products

| T-Shirt › | Phone Case › | Kids T-Shirt › | Mug › |
|-----------|--------------|----------------|-------|

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS ADULT APPAREL**

- Hoodie
- Tank Top
- Crewneck Sweatshirt
- Long Sleeve T-Shirt
- Baseball T-Shirt
- Mask

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS CASES & STICKERS**

- Laptop Case
- Magnet

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS KIDS APPAREL**

- Kids Hoodie
- Kids Long Sleeve T-Shirt
- Onesie

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS HOME GOODS**

- Wall Art
- Notebook
- Pillow
- Tote
- Pin

## Fishing Stickers Just for You

| Sorry I Wasn't Listening I Was Thinking About Fishing Sticker | Introvert But Willing To Discuss Fishing Sticker | The Rodfather Sticker › | Master Baiter Sticker › |
|---|---|---|---|

## Fishing Sticker

**Where Can I Find Other Fishing Designs?**
In addition to fishing designs, you can explore the marketplace for fish, fisherman, and funny fishing designs sold by independent artists.

**What Material Is This Item Made Of?**
Individually die cut vinyl sticker. Semi gloss finish. 3 x 4 inch max size includes a thin white border around the sticker. Perfect for placing on your laptop, notebook or anywhere your imagination leads! Learn More »

**What USA Ship Methods Are Available?**
Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts

**Designer's Applied Tags**
fishing lover, fishing

**Customers Also Search**
fishing masks, fish, fisherman, funny fishing, fishing lover, sea, ocean, hunting, fishing gift, water, fishing is my life

## SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address  Subscribe

**FOLLOW US!**

## EXPLORE
- All Designs
- New Tees on Sale
- Featured Designers
- Newest Designers
- Tag Directory

## PRODUCTS
- T-Shirts
- Hoodies
- Tank Tops
- Crewneck Sweatshirts
- Long Sleeve T-Shirts
- Baseball T-Shirts
- Stickers
- Phone Cases
- Laptop Cases
- Kids T-Shirts
- Kids Hoodie
- Kids Long Sleeve T-Shirt
- Onesie
- Mugs
- Wall Art
- Notebooks
- Pillows
- Totes
- Tapestries
- Pins
- Magnets
- Masks

## DESIGNERS
- TeePublic Blog
- Designer Signup
- Design Guide

## INFO
- Contact Us
- About Us
- Find My Order
- Change My Order
- Size Chart
- Hire an Artist
- FAQ
- Refunds & Returns
- Shipping Info
- Affiliate Signup
- Careers
- Social Responsibility
- Terms
- Privacy Policy
- Do not sell my Personal Information
- Intellectual Property Policy

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms

# TEEPUBLIC



Each purchase supports an independent artist.

English (US) - $ USD

BROWSE | ADULT APPAREL   KIDS APPAREL   HOME GOODS   CASES & STICKERS



FRONT   FRONT ART

## Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts T-Shirt

Fishing T-Shirt Designed and Sold by kamht

Are you looking for funny fishing tees, fishing t-shirts or fishing gifts? This Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts is also a absolutely perfect gift for kith and kin, mom and dad, men and women who love fishing. Just Wear This Funny fishing items to express your patriotism and your love of fishing.

**Color:** Black



| Gender | Male | Female |

| Style | Classic T-Shirt |

| Size | S | M | L | XL |
| | 2XL | 3XL | 4XL | 5XL |

View Size Chart

**$13** ~~$20~~

## ADD TO CART

**SAVE 35%** for the next:

| 0 | 15 | 24 | 52 |
| Days | Hours | Mins | Secs |

4.3 ★★★★☆
Google
Customer Reviews

---

## More Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts Products

| Hoodie › | Sticker › | Kids T-Shirt › | Mug › |

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS ADULT APPAREL**

Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt
Mask

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS CASES & STICKERS**

Phone Case
Laptop Case
Magnet

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS KIDS APPAREL**

Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**FISHING T SHIRT CUBIST BROWN TROUT FISHING DEREK DEYOUNG TEE GIFTS HOME GOODS**

Wall Art
Notebook
Pillow
Tote
Pin

---

## Fishing Stickers Just for You

| Bite Me Sticker › | Fishing - Even The Small Ones Are Fun Fishing Shirts Sticker › | I'd Rather Be Fishing Sticker › | Introvert But Willing To Discuss Fishing Sticker › |

---

## Fishing T-Shirt

**Where Can I Find Other Fishing Designs?**

In addition to fishing designs, you can explore the marketplace for fish, fisherman, and funny fishing designs sold by independent artists.

**What Material Is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (8-12 Business Days)
UPS Air (5-8 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Fishing T Shirt Cubist Brown Trout Fishing Derek DeYoung Tee Gifts

**Designer's Applied Tags**

fishing lover, fishing

**Customers Also Search**

fishing masks, fish, fisherman, funny fishing, fishing lover, sea, ocean, hunting, fishing gift, water, fishing is my life

---

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address   Subscribe

FOLLOW US!

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2020 | Privacy Policy | Terms

**TEEPUBLIC**

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS





### Brook Trout Flank Fishing gift Derek DeYoung Fisherman Crewneck Sweatshirt

Trout Fly Fishing Crewneck Sweatshirt
Designed and Sold by RabbitHKL

Fish for rainbow trout, brown trout, cutthroat, brook trout theme. Fun gift idea for the fisherman or person who loves to spend time fishing on the river or lake. Fish/trout. Brook trout flank design, unique shape original artwork design by Derek DeYoung, grab the fly fishing dry flies, nymphs, fly fishing rod and hit the river in your new favorite quote.

**Color:** Black



**Style**      Crewneck Sweatshirt

**Size**      S   M   L   XL
            2XL   3XL   4XL   5XL

View Size Chart

## $38

**ADD TO CART**

Google Customer Reviews

## More Brook Trout Flank Fishing gift Derek DeYoung Fisherman Products


T-Shirt ›


Sticker ›


Mug ›


Mask ›

**BROOK TROUT FLANK FISHING GIFT DEREK DEYOUNG FISHERMAN ADULT APPAREL**

Hoodie
Tank Top
Long Sleeve T-Shirt
Baseball T-Shirt

**BROOK TROUT FLANK FISHING GIFT DEREK DEYOUNG FISHERMAN CASES & STICKERS**

Phone Case
Laptop Case
Magnet

**BROOK TROUT FLANK FISHING GIFT DEREK DEYOUNG FISHERMAN HOME GOODS**

Notebook
Pillow
Tote
Pin

## Trout-fly-fishing Stickers Just for You

Trout Fishing Funny - Fishing Legend Aint No Trout About It Sticker ›

Trout Fishing Vintage Design Sticker ›

Lake Trout Fishing Gift Sticker ›

Vintage Fly Fishing Gift For Fly Fisherman Sticker ›

## Trout Fly Fishing Crewneck Sweatshirt

**Where Can I Find Other Trout Fly Fishing Designs?**

In addition to trout fly fishing designs, you can explore the marketplace for fishing, funny bass fishing, and fishing gifts for men designs sold by independent artists.

**What Material Is This Item Made Of?**

Cotton/Poly fleece blend. Super warm and cozy fleece lining with a twill neckline and banded cuffs to keep in the heat. Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Brook Trout Flank Fishing gift Derek DeYoung Fisherman

**Designer's Applied Tags**

trout fly fishing, brook, derek, deyoung, dry, fisherman, fishing, flank, flies, nympha, original, rod, trout, artworkfly

**Customers Also Search**

trout fly fishing masks, trout fly fishing merch, fishing, funny bass fishing, fishing gifts for men, alabama deep sea fishing rodeo, simms fishing, dirty fishing, fishing grandpa, fishing grandma, blue marlin fish, fishing mom

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address     Subscribe

**FOLLOW US!**

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Wall Art
Mugs
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

TEEPUBLIC

Each purchase supports an independent artist.

English (US) - $ USD

Search all designs

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS



## Brown Trout and Dry Fly gift Derek DeYoung Hoodie

**Brown Gift Hoodie** Designed and Sold by **Morancortez**

Brown trout fish and rusty brown spinner fly design in vibrant colors. Great gift for men, women, dads, uncles, and moms who love fishing. Christmas stocking stuffer idea, birthday present or any gift giving holiday for that special fisherman. If you love fishing for brown trout and original artwork designs by Derek DeYoung, this quote is for you! Grab the fly fishing fly flies, fly fishing rod and fish your favorite winter in your favorite new present!

**Color:** Black

**Style**    Classic Hoodie

**Size**    S    M    L    XL
          2XL    3XL    4XL    5XL

View Size Chart

**$45**

**ADD TO CART**

4.4 ★★★★★
Google
Customer Reviews

## More Brown Trout and Dry Fly gift Derek DeYoung Products



T-Shirt    Sticker    Kids T-Shirt    Mug    Mask

| BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG ADULT APPAREL | BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG CASES & STICKERS | BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG KIDS APPAREL | BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Pin |

## Brown-gift Stickers Just for You



Heavy Metal Brown Sticker    Best BROWN Ever, BROWN Second Name, BROWN Middle Name Sticker    Brown Second Name, Brown Family Name, Brown Middle Name Sticker    Of Course I'm Awesome, I'm A Brown ,Brown Surname Sticker

## Brown Gift Hoodie

**What Material Is This Item Made Of?**
Cotton/Poly fleece blend. Super warm and cozy fleece lining with an adjustable hood and banded cuffs to keep in the heat. Learn More →

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info →

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More →

## Similar to Brown Trout and Dry Fly gift Derek DeYoung

**Designer's Applied Tags**
brown gift, brown, derek, deyoung, dry, fish, fishing, flies, fly, if, original, rod, trout, artworkdesigns

**Customers Also Search**
brown gift masks, brown gift merch



SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address    Subscribe

FOLLOW US!

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
FAQ
Hire an Artist
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy



# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE · ADULT APPAREL · KIDS APPAREL · MASKS · HOME GOODS · CASES & STICKERS




FRONT · FRONT ART

## Brown Trout and Dry Fly gift Derek DeYoung T-Shirt

Brown Gift T-Shirt Designed and Sold by Morancortez

Brown trout fish and rusty brown spinner fly design in vibrant colors. Great gift for men, women, dads, uncles, and moms who love fishing. Christmas stocking stuffer idea, birthday present or any gift giving holiday for that special fisherman. If you love fishing for brown trout and original artwork designs by Derek DeYoung, this quote is for you! Grab the fly fishing dry flies, fly fishing rod and fish your favorite water in your favorite new present!

**Color: Black**

**Gender** [ Male ] [ Female ]

**Style** [ Classic T-Shirt ▾ ]

**Size** [ S ] [ M ] [ L ] [ XL ]
[ 2XL ] [ 3XL ] [ 4XL ] [ 5XL ]

📏 View Size Chart

**$20**

[ **ADD TO CART** ]

4.4 ★★★★★
Google
Customer Reviews

## More Brown Trout and Dry Fly gift Derek DeYoung Products


**Hoodie** ›


**Sticker** ›


**Kids T-Shirt** ›


**Mug** ›


**Mask** ›

**BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG ADULT APPAREL**
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**BROWN TROUT AND DRY FLY GIFT DEREK DEYOUNG HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Pin

## Brown-gift Stickers Just for You

Brown Family, Brown Name, Brown Middle Name Sticker ›

Team Brown Lifetime Member, Brown Name, Brown Middle Name Sticker ›

Best BROWN Ever, BROWN Second Name, BROWN Middle Name Sticker ›

I'm A Brown ,Brown Surname, Brown Second Name Sticker ›

## Brown Gift T-Shirt

**What Material is This Item Made Of?**
100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Brown Trout and Dry Fly gift Derek DeYoung

**Designer's Applied Tags**
brown gift, brown, derek, deyoung, dry, fish, fishing, flies, fly, if, original, rod, trout, artworkdesigns

**Customers Also Search**
brown gift masks, brown gift march

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!
[ Email Address ] [ Subscribe ]

FOLLOW US!

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE   ADULT APPAREL   KIDS APPAREL   MASKS   HOME GOODS   CASES & STICKERS

Masks sold on TeePublic are for general public use only. They are not intended for use in medical settings and are not designed to prevent transmission of disease. **More legal info here.**



### Cubist Brown Trout Fishing Derek Deyoung Mask

Fish Mask Designed and Sold by Nhucdau

*Perfect Gift Idea for Men - Best Frenchie Dad Ever. Awesome gift from kids, youth, daughter, son, mom for daddy, dad, papa, father, husband, boyfriend, friend, buddy, parents, grandpa, granddad, grandfather, pet dog owner on Fathers Day / Christmas*

| Type | Adult | Kids |
| --- | --- | --- |

Style   Face Mask (Pleated Double Layer)

Quantity   –   1   +

View Size Chart

⚡ Get **20% OFF** when you buy 4+ masks!
*Cannot be combined with additional sales/discounts.

♥ For every non-medical mask sold, TeePublic will **donate** one medical grade mask to Direct Relief.

**$15**

**ADD TO CART**

4.4 ★★★★☆
Google
Customer Reviews

## More Cubist Brown Trout Fishing Derek Deyoung Products

| T-Shirt | Sticker | Kids T-Shirt | Mug |
| --- | --- | --- | --- |

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG ADULT APPAREL**
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

## Fish Stickers Just for You

| Coral Siamese Fighting Fish Sticker | Fish Submarine Sticker | Floating In Deep Sticker | Fire Fish Sticker |
| --- | --- | --- | --- |

### Fish Mask

**Where Can I Find Other Fish Designs?**
In addition to fish designs, you can explore the marketplace for fishing, fisherman, and sea designs sold by independent artists.

**What Material Is This Item Made Of?**
Mask measures 7" wide by 4" tall (with pleats collapsed), excluding ear loops. Sublimated polyester exterior with a soft microfiber lining for added comfort and improved fit - pleats allow the mask to expand for increased coverage and adjustable sliders on the elastic ear loops keep everything securely in place. Lining allows for insertion of additional mask or filter - not included - between layers as desired. Elastic loops are 63% polyester, 37% latex. Printed and assembled in the USA, machine washable. **Learn More »**

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* **More Shipping Info »**

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. **Learn More »**
*Due to the nature of this product, returns and exchanges will only be accepted for defective items.*

### Similar to Cubist Brown Trout Fishing Derek Deyoung

**Designer's Applied Tags**
fish, fisher, fishing, lover fish

**Customers Also Search**
fish masks, fish merch, fishing, fisherman, sea, ocean, funny fishing, fishing lover, water, animal, fishing is my life, fishing gift

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address   Subscribe

**FOLLOW US!**

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms



# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (UN) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS



FRONT    FRONT ART

## Cubist Brown Trout Fishing Derek Deyoung T-Shirt

**Fish T-Shirt** Designed and Sold by Nhucdau

Perfect Gift Idea for Men - Best Frenchie Dad Ever. Awesome gift from kids, youth, daughter, son, mom for daddy, dad, papa, father, husband, boyfriend, friend, buddy, parents, grandpa, granddad, grandfather, pet dog owner on Fathers Day / Christmas

**Color: Black**



**Gender**

| Male | Female |

**Style**    Classic T-Shirt

**Size**

| S | M | L | XL |
| 2XL | 3XL | 4XL | 5XL |

View Size Chart

**$20**



**ADD TO CART**

4.4 ★★★★☆
Google
Customer Reviews

---

### More Cubist Brown Trout Fishing Derek Deyoung Products



| Hoodie › | Sticker › | Kids T-Shirt › | Mug › | Mask › |

**CUBIST BROWN TROUT DEREK DEYOUNG ADULT APPAREL**
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

---

### Fish Stickers Just for You



| Fish Umbrella Sticker › | Cool Fish Head Sticker › | Arapaima Sticker › | Fish – Holdup Sticker › |

---

### Fish T-Shirt

**Where Can I Find Other Fish Designs?**

In addition to fish designs, you can explore the marketplace for fishing, fisherman, and sea designs sold by independent artists.

**What Material is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

### Similar to Cubist Brown Trout Fishing Derek Deyoung

**Designer's Applied Tags**

fish, fisher, fishing, lover fish

**Customers Also Search**

fish masks, fish merch, fishing, fisherman, sea, ocean, funny fishing, fishing lover, water, animal, fishing is my life, fishing gift

---

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**

| **EXPLORE** | **PRODUCTS** | **DESIGNERS** | **INFO** |
| All Designs | T-Shirts | TeePublic Blog | Contact Us |
| New Tees on Sale | Hoodies | Designer Signup | About Us |
| Featured Designers | Tank Tops | Design Guide | Find My Order |
| Newest Designers | Crewneck | | Change My Order |
| Tag Directory | Sweatshirts | | Size Chart |
| | Long Sleeve T-Shirts | | Hire an Artist |
| | Baseball T-Shirts | | FAQ |
| | Stickers | | Refunds & Returns |
| | Phone Cases | | Shipping Info |
| | Laptop Cases | | Affiliate Signup |
| | Kids T-Shirts | | Careers |
| | Kids Hoodie | | Social Responsibility |
| | Kids Long Sleeve T-Shirt | | Terms |
| | Onesie | | Privacy Policy |
| | Mugs | | Do not sell my Personal Information |
| | Wall Art | | Intellectual Property Policy |
| | Notebooks | | |
| | Pillows | | |
| | Totes | | |
| | Tapestries | | |
| | Pins | | |
| | Magnets | | |
| | Masks | | |

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS



### Cubist Brown Trout Fishing Derek Deyoung T-Shirt

Fish T-Shirt Designed and Sold by Nhuodau

Perfect Gift Idea for Men - Best Frenchie Dad Ever. Awesome gift from kids, youth, daughter, son, mom for daddy, dad, papa, father, husband, boyfriend, friend, buddy, parents, grandpa, granddad, grandfather, pet dog owner on Fathers Day / Christmas

**Color: Black**

**Gender**    Male    Female

**Style**    Classic T-Shirt

**Size**    S    M    L    XL
            2XL    3XL    4XL    5XL

↪ View Size Chart

### $20

**ADD TO CART**

4.4 ★★★★★
Google
Customer Reviews

 FRONT     FRONT ART

---

## More Cubist Brown Trout Fishing Derek Deyoung Products

 Hoodie    Sticker    Kids T-Shirt     Mug     Mask



**CUBIST BROWN TROUT FISHING DEREK DEYOUNG ADULT APPAREL**

Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG CASES & STICKERS**

Phone Case
Laptop Case
Magnet

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG KIDS APPAREL**

Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**CUBIST BROWN TROUT FISHING DEREK DEYOUNG HOME GOODS**

Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

---

## Fish Stickers Just for You

Lionfish, Sea, Fish Sticker    Betta Splenden Fish Abstract Sticker    Fish Sticker    Giant Oarfish Sticker



---

### Fish T-Shirt

**Where Can I Find Other Fish Designs?**

In addition to fish designs, you can explore the marketplace for fishing, fisherman, and sea designs sold by independent artists.

**What Material is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

### Similar to Cubist Brown Trout Fishing Derek Deyoung

**Designer's Applied Tags**

fish, fisher, fishing, lover fish

**Customers Also Search**

fish masks, fish merch, fishing, fisherman, sea, ocean, funny fishing, fishing lover, water, animal, fishing is my life, fishing gift

---

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (UN) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS





## Cubist Brown Trout Fishing Derek Deyoung T-Shirt

Fish T-Shirt Designed and Sold by Nhuudau

Perfect Gift Idea for Men - Best Frenchie Dad Ever. Awesome gift from kids, youth, daughter, son, mom for daddy, dad, papa, father, husband, boyfriend, friend, buddy, parents, grandpa, granddad, grandfather, pet dog owner on Fathers Day / Christmas

**Color:** Black

**Gender**   Male   Female

**Style**   Classic T-Shirt

**Size**   S   M   L   XL   2XL   3XL   4XL   5XL

View Size Chart

**$20**

### ADD TO CART

4.4 ★★★★★
Google
Customer Reviews

## More Cubist Brown Trout Fishing Derek Deyoung Products

 Hoodie

 Sticker

 Kids T-Shirt

 Mug

 Mask



| CUBIST BROWN TROUT FISHING DEREK DEYOUNG ADULT APPAREL | CUBIST BROWN TROUT FISHING DEREK DEYOUNG CASES & STICKERS | CUBIST BROWN TROUT FISHING DEREK DEYOUNG KIDS APPAREL | CUBIST BROWN TROUT FISHING DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

## Fish Stickers Just for You

Amongst The Lilypads Sticker

Fishes Sticker

Betta Mania Sticker

Fisheye Sticker

## Fish T-Shirt

**Where Can I Find Other Fish Designs?**

In addition to fish designs, you can explore the marketplace for fishing, fisherman, and sea designs sold by independent artists.

**What Material is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cubist Brown Trout Fishing Derek Deyoung

**Designer's Applied Tags**

fish, fisher, fishing, lover fish

**Customers Also Search**

fish masks, fish merch, fishing, fisherman, sea, ocean, funny fishing, fishing lover, water, animal, fishing is my life, fishing gift

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address   Subscribe

FOLLOW US!

| EXPLORE | PRODUCTS | DESIGNERS | INFO |
|---|---|---|---|
| All Designs | T-Shirts | TeePublic Blog | Contact Us |
| New Tees on Sale | Hoodies | Designer Signup | About Us |
| Featured Designers | Tank Tops | Design Guide | Find My Order |
| Newest Designers | Crewneck Sweatshirts | | Change My Order |
| Tag Directory | Baseball T-Shirts | | Size Chart |
| | Stickers | | Hire an Artist |
| | Phone Cases | | FAQ |
| | Laptop Cases | | Refunds & Returns |
| | Kids T-Shirts | | Shipping Info |
| | Kids Hoodie | | Affiliate Signup |
| | Kids Long Sleeve T-Shirt | | Careers |
| | Onesie | | Social Responsibility |
| | Mugs | | Terms |
| | Wall Art | | Privacy Policy |
| | Notebooks | | Do not sell my Personal Information |
| | Pillows | | Intellectual Property Policy |
| | Totes | | |
| | Tapestries | | |
| | Pins | | |
| | Magnets | | |
| | Masks | | |

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

# TEEPUBLIC

Each purchase supports an independent artist.

English (US) · $ USD

BROWSE   ADULT APPAREL   KIDS APPAREL   MASKS   HOME GOODS   CASES & STICKERS



   

## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Pin

Cutthroat Rainbow Brook Brown Trout Pin
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Size        Small (1.25")
Quantity    − 1 +

### $2.75

**ADD TO CART**

4.4 ★★★★★
Google
Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

T-Shirt   Sticker   Kids T-Shirt   Mug   Mask

CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS
Phone Case
Laptop Case
Magnet

CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS
Wall Art
Notebook
Pillow
Tote
Tapestry

## Cutthroat Rainbow Brook Brown Trout Pin

**What Material Is This Item Made Of?**
Classic pin-back button covered with scratch and UV-resistant mylar. Printed in the U.S.A. Learn More »

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**
brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow brook brown trout, derek deyoung

**Customers Also Search**
cutthroat rainbow brook brown trout masks, cutthroat rainbow brook brown trout merch

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS



 

## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Long Sleeve T-Shirt

Cutthroat Rainbow Brook Brown Trout Long Sleeve T-Shirt
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung,
best friend, men, women, girls, boys, teens, sister, brother, dad,
mom! Perfect gift on Christmas, New Year, Halloween, or a
Birthday, Mother's Day, Father's Day

**Color:** Black



| Gender | Male | Female |
|--------|------|--------|

| Style | Long Sleeve T-Shirt |
|-------|---------------------|

| Size | S | M | L | XL |
|------|---|---|---|-----|
|      | 2XL | 3XL | 4XL | 5XL |

View Size Chart

## $22

**ADD TO CART**

Google Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

 T-Shirt

Sticker

 Kids T-Shirt

Mug

 Mask

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Wall Art |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Crewneck Sweatshirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

## Cutthroat Rainbow Brook Brown Trout Long Sleeve T-Shirt

**What Material Is This Item Made Of?**

100% cotton (Heather is a Cotton/ Poly blend). Pre-shrunk. Slightly heavier than
our t-shirts but ideal for a long sleeve tee. Sized for men but can look great on
women! Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and
we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow
brook brown trout, derek deyoung

**Customers Also Search**

cutthroat rainbow brook brown trout masks, cutthroat rainbow
brook brown trout merch

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Social Responsibility
Terms
Privacy Policy
Do not sell my
Personal Information
Intellectual Property
Policy
Careers

© TP Apparel LLC 2012 - 2021  |  Privacy Policy  |  Terms

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS



## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Pillow

**Cutthroat Rainbow Brook Brown Trout Pillow**
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Size    Select a Size

 View Size Chart

**$25**

**ADD TO CART**

4.4 ★★★★★
Google
Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

                

T-Shirt     Sticker     Kids T-Shirt     Mug     Mask

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Wall Art |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Crewneck Sweatshirt | Magnet | Onesie | Tote |
| Long Sleeve T-Shirt | | | Tapestry |
| Baseball T-Shirt | | | Pin |

## Cutthroat Rainbow Brook Brown Trout Pillow

**What Material Is This Item Made Of?**

Textured Poly "Twill" pillow cover with concealed zipper and synthetic insert included. A soft, comfortable accent for the home. Individually cut and sewn by hand in America. Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow brook brown trout, derek deyoung

**Customers Also Search**

cutthroat rainbow brook brown trout masks, cutthroat rainbow brook brown trout merch



SUBSCRIBE TO OUR NEWSLETTER

For sales, exclusive content, and more!

Email Address

Subscribe

FOLLOW US!

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS

Masks sold on TeePublic are for general public use only. They are not intended for use in medical settings and are not designed to prevent transmission of disease. **More legal info here.**



## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Mask

**Cutthroat Rainbow Brook Brown Trout Mask**
Designed and Sold by SuarezAdriana

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

| Type | Adult | Kids |
|------|-------|------|

Style   [ Face Mask (Pleated Double Layer) ▼ ]

Quantity   [ − ]   1   [ + ]

📏 View Size Chart

⚡ Get **20% OFF** when you buy 4+ masks!
*Cannot be combined with additional sales/discounts.

❤ For every non-medical mask sold, TeePublic will **donate** one medical grade mask to Direct Relief.

**$15**

**ADD TO CART**

4.4 ★★★★☆
Google
Customer Reviews

---

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

| T-Shirt > | Sticker > | Kids T-Shirt > | Mug > |
|-----------|-----------|----------------|-------|

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL**
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

---

## Cutthroat Rainbow Brook Brown Trout Mask

**What Material Is This Item Made Of?**

Mask measures 7" wide by 4" tall (with pleats collapsed), excluding ear loops. Sublimated polyester exterior with a soft microfiber lining for added comfort and improved fit - pleats allow the mask to expand for increased coverage and adjustable sliders on the elastic ear loops keep everything securely in place. Lining allows for insertion of additional mask or filter - not included - between layers as desired. Elastic loops are 63% polyester, 37% latex. Printed and assembled in the USA, machine washable. Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time. More Shipping Info »*

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »
Due to the nature of this product, returns and exchanges will only be accepted for defective items.

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow brook brown trout, derek deyoung

**Customers Also Search**

cutthroat rainbow brook brown trout masks, cutthroat rainbow brook brown trout merch

[f] [t] [p] [t] [m]

---

### SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!
[Email Address]   Subscribe

**FOLLOW US!**
[f] [t] [m] [p] [t] [m]

### EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

### PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

### DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

### INFO
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

# TEEPUBLIC

Each purchase supports an independent artist.

Search all designs

English (US) - $ USD

**BROWSE**  **ADULT APPAREL**  **KIDS APPAREL**  **MASKS**  **HOME GOODS**  **CASES & STICKERS**



 

### Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Mug

Cutthroat Rainbow Brook Brown Trout Mug
Designed and Sold by SuarezAdriana

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Type: [ Coffee Mug ▾ ]

## $15

**ADD TO CART**

---

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

  

**T-Shirt** ›     **Sticker** ›     **Kids T-Shirt** ›     **Wall Art** ›     **Mask** ›

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Notebook |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Pillow |
| Crewneck Sweatshirt | Magnet | Onesie | Tote |
| Long Sleeve T-Shirt | | | Tapestry |
| Baseball T-Shirt | | | Pin |

---

## Cutthroat Rainbow Brook Brown Trout Mug

**What Material Is This Item Made Of?**
Premium ceramic. 11oz capacity. Microwave and top-shelf dishwasher safe. Embedded image. Vacuum-form printed in U.S.A. Learn More »

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**
brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow brook brown trout, derek deyoung

**Customers Also Search**
cutthroat rainbow brook brown trout masks, cutthroat rainbow brook brown trout merch

---

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address   Subscribe

**FOLLOW US!**

### EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

### PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

### DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

### INFO
Contact Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 · Privacy Policy · Terms

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE    ADULT APPAREL    KIDS APPAREL    MASKS    HOME GOODS    CASES & STICKERS



FRONT    FRONT ART

## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung T-Shirt

Cutthroat Rainbow Brook Brown Trout T-Shirt
Designed and Sold by **SuarezAdrians**

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Color: Black



| Gender | | |
|---|---|---|
| | Male | Female |

Style    Classic T-Shirt

| Size | | | |
|---|---|---|---|
| S | M | L | XL |
| 2XL | 3XL | 4XL | 5XL |

View Size Chart

## $20

**ADD TO CART**

4.4 ★★★★☆
Google
Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

Hoodie ›



Sticker ›    Kids T-Shirt ›    Mug ›    Mask ›

| CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL | CUTTHROAT RAINBOW BROOK BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

## Cutthroat Rainbow Brook Brown Trout T-Shirt

**What Material Is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! For any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**

brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow brook brown trout, derek deyoung

**Customers Also Search**

cutthroat rainbow brook brown trout masks, cutthroat rainbow brook brown trout merch

SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address    Subscribe

FOLLOW US!

EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

INFO
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms



# TEEPUBLIC

Each purchase supports an independent artist.

English (US) - $ USD

**BROWSE**    **ADULT APPAREL**    **KIDS APPAREL**    **MASKS**    **HOME GOODS**    **CASES & STICKERS**



## Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Magnet

Cutthroat Rainbow Brook Brown Trout Magnet
Designed and Sold by SuarezAdrians

Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung, best friend, men, women, girls, boys, teens, sister, brother, dad, mom! Perfect gift on Christmas, New Year, Halloween, or a Birthday, Mother's Day, Father's Day

Size    [ 2¼" x 3" ▾ ]

Quantity    [ − 1 + ]

### $4.50

**ADD TO CART**


4.4 ★★★★☆
Google Customer Reviews

## More Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung Products

    

| T-Shirt › | Sticker › | Kids T-Shirt › | Mug › | Mask › |

**CUTTHROAT RAINBOW BROWN TROUT T-SHIRT DEREK DEYOUNG ADULT APPAREL**
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**CUTTHROAT RAINBOW BROWN TROUT T-SHIRT DEREK DEYOUNG CASES & STICKERS**
Phone Case
Laptop Case

**CUTTHROAT RAINBOW BROWN TROUT T-SHIRT DEREK DEYOUNG KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**CUTTHROAT RAINBOW BROWN TROUT T-SHIRT DEREK DEYOUNG HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

## Cutthroat Rainbow Brook Brown Trout Magnet

**What Material Is This Item Made Of?**
0.5mm (20mil) flexible vinyl. Black magnetic backing strong enough to hold notes, photos, and drawings. Printed in the U.S.A. Learn More »

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Cutthroat Rainbow Brook Brown Trout T-Shirt Derek DeYoung

**Designer's Applied Tags**
brook, brown, cutthroat, derek, deyoung, trout, cutthroat rainbow brook brown trout, derek deyoung

**Customers Also Search**
cutthroat rainbow brook brown trout masks, cutthroat rainbow brook brown trout merch



**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!
[ Email Address ] Subscribe

**FOLLOW US!**


**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

# TEEPUBLIC

Each purchase supports an independent artist.

English (US) - $ USD

BROWSE   ADULT APPAREL   KIDS APPAREL   MASKS   HOME GOODS   CASES & STICKERS



 

## Henry's Fork Riser gift Derek DeYoung Fishing Gift Pillow

**Forklift Mechanic Pillow** Designed and Sold by **VHTplus**

Fish for rainbow trout, brown trout, cutthroat, brook trout theme. Fun gift idea for the fisherman or person who loves to spend time fishing on the river or lake. Idaho, Montana, Yellowstone Fishing gift. Henry's Fork Riser trout coming up for a stonefly original artwork design by Derek DeYoung, grab the fly fishing dry flies, nymphs, fly fishing rod and hit the river in your new favorite quote.

Size | [ Select a Size ]

View Size Chart

### $25

**ADD TO CART**

4.4 ★★★★☆ Google Customer Reviews

## More Henry's Fork Riser gift Derek DeYoung Fishing Gift Products

  T-Shirt

  Sticker

  Kids T-Shirt

  Mug

  Mask

| HENRY'S FORK RISER GIFT DEREK DEYOUNG FISHING GIFT ADULT APPAREL | HENRY'S FORK RISER GIFT DEREK DEYOUNG FISHING GIFT CASES & STICKERS | HENRY'S FORK RISER GIFT DEREK DEYOUNG FISHING GIFT KIDS APPAREL | HENRY'S FORK RISER GIFT DEREK DEYOUNG FISHING GIFT HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Notebook |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Tote |
| Crewneck Sweatshirt | Magnet | Onesie | Pin |
| Long Sleeve T-Shirt | | | |
| Baseball T-Shirt | | | |

## Forklift-mechanic Stickers Just for You

Forklift Gift Sticker

Forklift Mechanic T Shirt - Dinosaur Gift Item Tee Sticker

Forklift Mechanic Dinosaur Sticker

Forklift Mechanic Solve Problems Sticker

## Forklift Mechanic Pillow

**Where Can I Find Other Forklift Mechanic Designs?**

In addition to forklift mechanic designs, you can explore the marketplace for forklift, forklift operator, and forklift driver designs sold by independent artists.

**What Material Is This Item Made Of?**

Textured Poly "Twill" pillow cover with concealed zipper and synthetic insert included. A soft, comfortable accent for the home. Individually cut and sewn by hand in America. Learn More »

**What USA Ship Methods Are Available?**

Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
Estimates include printing and processing time. More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Henry's Fork Riser gift Derek DeYoung Fishing Gift

**Designer's Applied Tags**

forklift mechanic, coming, derek, deyoung, dry, fishing, fork, gift, original, trout, riser, artworkfly, stonefly, henrys

**Customers Also Search**

forklift mechanic masks, forklift mechanic merch, forklift, forklift operator, forklift driver, forklift truck, forklifter, forklift truck operator, forklifting, forklift operators, job, forklift mechanic job

## SUBSCRIBE TO OUR NEWSLETTER

For sales, exclusive content, and more!

[ Email Address ]   Subscribe

### FOLLOW US!

### EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

### PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirt
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Totes
Tapestries
Pins
Magnets
Masks

### DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

### INFO
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

# TEEPUBLIC

Search all designs

Each purchase supports an independent artist.

English (US) - $ USD

**BROWSE**   ADULT APPAREL   KIDS APPAREL   MASKS   HOME GOODS   CASES & STICKERS



 

## Pumpkinseed Fish Fishing gift Derek DeYoung Crewneck Sweatshirt

**Deyoung Fisherman Art Crewneck Sweatshirt**
Designed and Sold by VHTplus

Pumpkinseed fishing design. Great gift for men, women, dads, uncles, and who love fishing. Christmas stocking stuffer idea, birthday present or any gift giving holiday for that special fisherman. If you love fishing for the pumpkinseed fish, this quote is for you. Related to the sunfish, a fun freshwater species. Original artwork designs by Derek DeYoung and a perfect for the avid fisherman or woman.

Color: Black

Style | Crewneck Sweatshirt

Size | S | M | L | XL
     | 2XL | 3XL | 4XL | 5XL

View Size Chart

**$38**

**ADD TO CART**

4.4 ★★★★★ Google Customer Reviews

## More Pumpkinseed Fish Fishing gift Derek DeYoung Products


**T-Shirt** ›


**Sticker** ›


**Kids T-Shirt** ›

**Mug** ›

**Mask** ›

| PUMPKINSEED FISH FISHING GIFT DEREK DEYOUNG ADULT APPAREL | PUMPKINSEED FISH FISHING GIFT DEREK DEYOUNG CASES & STICKERS | PUMPKINSEED FISH FISHING GIFT DEREK DEYOUNG KIDS APPAREL | PUMPKINSEED FISH FISHING GIFT DEREK DEYOUNG HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Notebook |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Pillow |
| Long Sleeve T-Shirt | Magnet | Onesie | Tote |
| Baseball T-Shirt | | | Pin |

## Deyoung Fisherman Art Crewneck Sweatshirt

**What Material is This Item Made Of?**
Cotton/Poly fleece blend. Super warm and cozy fleece lining with a twill neckline and banded cuffs to keep in the heat. Learn More »

**What USA Ship Methods Are Available?**
Standard (7-10 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Pumpkinseed Fish Fishing gift Derek DeYoung

**Designer's Applied Tags**
derek, deyoung, fish, fishing, freshwater, fun, il, original, related, species, sunfish, deyoung fisherman art, artworkdesigns, pumpkinseed

**Customers Also Search**
deyoung fisherman art masks, deyoung fisherman art merch



SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

Email Address    Subscribe

FOLLOW US!
 

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms