# EXHIBIT G

| Title | URL | Seller | |
|-------|-----|--------|--|
| Cutthroat Yellowstone Fly Fishing Derek DeYoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Cutthroat-Yellowstone-Fly-Fishing-Derek-DeYoung-by-KaidenNe/68094606.FB110 | KaidenNe | Abstract Cutthroat Yellowstone |
| Cubist Brown Trout Fishing Derek DeYoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Cubist-Brown-Trout-Fishing-Derek-DeYoung-by-LaytonMi/68193055.FB110.XYZ | LaytonMi | Cubist Brown |
| Barracuda Fishing Barracuda Fisherman Derek DeYoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Barracuda-Fishing-Barracuda-Fisherman-Derek-DeYoung-by-NicoLois/68173742.FB110 | NicoLois | Grumpy Barracuda |
| Barracuda Fishing Barracuda Fisherman Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Barracuda-Fishing-Barracuda-Fisherman-Derek-Deyoung-by-PhyllisCoope/68506198.0LCRC | PhyllisCoope | Grumpy Barracuda |
| Teton Riser Trout Fishing Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Teton-Riser-Trout-Fishing-Derek-Deyoung-by-JessicaParke/68005171.0LCRC.XYZ | JessicaParke | Teton Risers – Night |
| Montana Rainbow Trout Derek Deyoung Fishing Gift Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Montana-Rainbow-Trout-Derek-Deyoung-Fishing-Gift-by-MarthaAdam1/67997604.0LCRC | MarthaAdam1 | Abstract Rainbow Royal Wulff |
| Cubist Brown Trout Fishing Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Cubist-Brown-Trout-Fishing-Derek-Deyoung-by-BettyButler/67999177.0LCRC | BettyButler | Cubist Brown |
| Brown Trout Fishing Derek Deyoung Fisherman Gift Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Brown-Trout-Fishing-Derek-Deyoung-Fisherman-Gift-by-VirginiaMorgan/68604673.0LCRC | VirginiaMorgan | Brown Callibaetis |
| Fab Four Trout Derek Deyoung Fishing Gift Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Fab-Four-Trout-Derek-Deyoung-Fishing-Gift-by-MariaKellyn/68386299.0LCRC.XYZ | MariaKellyn | Fab Four – Trout |
| Brown Trout Fishing Derek Deyoung Fisherman Gift Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Brown-Trout-Fishing-Derek-Deyoung-Fisherman-Gift-by-VirginiaMorgan/68604342.0LCRC.XYZ | VirginiaMorgan | Brown Callibaetis |
| Brown Trout And Dry Fly Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Brown-Trout-And-Dry-Fly-Derek-Deyoung-by-TheresaMurphy/68505077.0LCRC.XYZ | TheresaMurphy | Abstract Brown Rusty Spinner |
| Contemporary Brook Trout Fly Fishing Derek DeYoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Contemporary-Brook-Trout-Fly-Fishing-Derek-DeYoung-by-NicoLois/68175961.FB110 | NicoLois | Contemporary Brook Trout Illustration |
| Cubist Brown Trout Fishing Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Cubist-Brown-Trout-Fishing-Derek-Deyoung-by-LauraLopen/68382433.0LCRC.XYZ | LauraLopen | Cubist Brown |
| Tarpon Flank Derek Deyoung Novelty Fishing Gift Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Tarpon-Flank-Derek-Deyoung-Novelty-Fishing-Gift-by-JulieWarn/68487225.0LCRC.XYZ | JulieWarn | Abstract Tarpon Flank – Keys (Sunlight) |
| Brook Trout Flank Fishing Derek Deyoung Fisherman Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Brook-Trout-Flank-Fishing-Derek-Deyoung-Fisherman-by-VirginiaMorgan/68604503.0LCRC | VirginiaMorgan | Abstract Brookie Flank 2 |
| Cubist Brown Trout Fishing Derek DeYoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Cubist-Brown-Trout-Fishing-Derek-DeYoung-by-SherwoodBor/66579729.FB110 | SherwoodBor | Cubist Brown |
| Brown Trout Fish Species Derek DeYoung Fisherman Art Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Brown-Trout-Fish-Species-Derek-DeYoung-Fisherman-Art-by-Nicholasan/68196041.FB110.XYZ | Nicholasan | 4 in 1 Full – Brown |
| Cutthroat Rainbow Brook Brown Trout Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Cutthroat-Rainbow-Brook-Brown-Trout-Derek-Deyoung-by-GloriaRiveran/68028898.0LCRC | GloriaRiveran | 4 in 1 - Face |
| Rainbow Trout Fly Fishing Royal Wulff Derek Deyoung Lightweight Sweatshirt | https://www.redbubble.com/i/sweatshirt/Rainbow-Trout-Fly-Fishing-Royal-Wulff-Derek-Deyoung-by-MelissaAllenn/68500400.0LCRC | MelissaAllenn | Abstract Rainbow Royal Wulff |
| Cutthroat Rainbow Brook Brown Trout Derek Deyoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Cutthroat-Rainbow-Brook-Brown-Trout-Derek-Deyoung-by-SheliaBrakebill/65877425.FB110.XYZ | SheliaBrakebill | 4 in 1 - Face |
| Cutthroat Rainbow Brook Brown Trout Derek Deyoung Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Cutthroat-Rainbow-Brook-Brown-Trout-Derek-Deyoung-by-SheliaBrakebill/65949965.FB110 | SheliaBrakebill | 4 in 1 - Face |
| Brown Trout Fish Species Derek DeYoung Fisherman Art Essential T-Shirt | https://www.redbubble.com/i/t-shirt/Brown-Trout-Fish-Species-Derek-DeYoung-Fisherman-Art-by-KalebBeninn/68518140.FB110.XYZ | KalebBeninn | 4 in 1 Full – Brown |









⚐ Report Content   ⓘ Copyright Infringement

© Redbubble. All rights reserved.





© Redbubble, All Rights Reserved









# REDBUBBLE

Search designs and products

Sell your art    Login    Signup

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

Cubist Brown Trout Fishing Derek DeYoung Essential T-Shirt

Designed by LaytonMi

$22.88

Size

S   M   L   XL   2XL   3XL

Print Location

Front   Back

Add to cart

View size guide

Delivery
Expires by 27 January
Standard between 29 January - 2 February

+ 17 colors

## Also available on

Classic T-Shirt        Graphic T-Shirt        Long Sleeve T-Shirt       Active T-Shirt
$22.88                 $32.46                 $29.98                     $28.75

View this design on +85 products

### Features
- Just your everyday smooth, comfy tee, a wardrobe staple
- Slim fit, so size up if you prefer a looser fit, or check out the Classic T-Shirt
- Male model shown is 6'0" / 183 cm tall and wearing size Large
- Female model shown is 5'8" / 173 cm tall and wearing size Small
- Midweight 4.2 oz. / 145 gsm fabric, solid color t-shirts are 100% cotton, heather grey t-shirts are 90% cotton/10% polyester charcoal heather t-shirts are 52% cotton/48% polyester

### Reviews
★★★★★
★★★★
★★★
★★
★

Read all 150 reviews

Cubist Brown Trout Fishing Derek DeYoung

Designed by LaytonMi

Cubist Brown Trout Fishing Derek DeYoung

## LaytonMi
East Bethel, British Indian Oce...

Follow

Breckenridge Colorado Tie Dye   Pisgah National Forest North Caro...  Custom Brook Trout Fly Fishing...  Custom Brook Trout Fly Fishing s...  Colorado Fly Fishing Flag Trout Fis...  Lake Murray SC
$22.88                          $22.88                               $22.88                           $22.88                             $22.88                                 $22.88

View LaytonMi's shop

## Similar designs
Explore similar designs from over 700,000 independent artists.

Contemporary Brook Trout Fly...   Breckenridge Colorado Tie Dye Ea...  Funny Trout Fishing apparel Essen...  Run more Worry less camp and tro...  Steelhead Fishing Retro Trout Fish...  Fly Fishing Colorado Flag Trout Fis...
By NicoLeis                       By LaytonMi                          By KenBrcy                           By MarcusGreen                       By DilyLaur                           By JordanCorn
$23.21                            $22.88                               $22.55                               $22.50                               $22.38                                $22.38

Brown Trout Fish Species Derek D...  Barracuda Fishing Barracuda Fish...  Cutthroat Yellowstone Fly Fishing ...  Fish On Rainbow Trout Fishing Ess...  Fly Life Trout Fishing Mens Fly Fis...
By Nichiswan                         By NicoLeis                          By Kaidenfei                           By Anthmusen                         By ReeceMtl                           By Nichiswan
$22.38                               $23.21                               $22.88                                 $22.38                               $22.38                                $22.38

### T-Shirts Tags
cubist brown trout fishing derek deyoung t-shirts   cubist t-shirts   brown t-shirts   trout t-shirts   derek t-shirts   deyoung trending t-shirts   christmas t-shirts   birthday t-shirts
for you t-shirts   2021 t-shirts   2022 t-shirts   2023 t-shirts

### All Product Tags
cubist brown trout fishing derek deyoung   cubist   brown   trout   fishing   derek   deyoung trending   christmas   birthday   for you   2021   2022   2023

### Other Products
cubist brown trout fishing derek deyoung stickers   cubist brown trout fishing derek deyoung masks   cubist brown trout fishing derek deyoung phone cases   cubist brown trout fishing derek deyoung posters
cubist brown trout fishing derek deyoung sweatshirts & hoodies

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Free Return
Exchange or money back guarantee for all orders
Learn more

Local Support
24/7 Dedicated support
Submit a request

Report Content  /  Copyright infringement

Shop                    About                Help                 Social
Gift Guides             About Us             Delivery             Instagram
Fan Art                 Social Responsibility Returns             Facebook
New Works               Partner Program      Help Center          Twitter
Blog                    Affiliates           Guidelines           Tumblr
Give Savings, Get Savings Sell your art      Copyright            Pinterest
Student Discount        Jobs                 Investor Center
Login                   Artist Blog          Contact Us
Signup
Bulk orders

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies. Cookie Policy

© Redbubble. All Rights Reserved



© Redbubble. All Rights Reserved



Cart 1.11.com/810.RV.S.M.   RSP No. 1.7.  Page(D)58. ?Aeif.G/10.01.   Page 14 of 24

REDBUBBLE

Search designs and products

Set your art   Login   Signup

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

### Cubist Brown Trout Fishing Derek Deyoung Lightweight Sweatshirt
Designed by BettyButlerr

**$34.85**

Size

XS   S   M   L   XL   2XL   3XL

Print Location

Front

**Add to cart**

View size guide

Delivery
Express by 27 January
Standard between 26 January - 2 February

+ 5 colors

### Features
- Raglan sleeve for a great vintage-inspired slim fit
- Heathered and marled fabric ringspun for softness
- Midweight 7.5 oz (250gsm) french terry
- Solid colors are 80% ring-spun cotton, 20% polyester. Heather colors are 60% ring-spun cotton, 40% polyester
- 1 x 1 rib cuffs and crewneck band with spandex, to maintain shape
- Cold wash and hang out to dry to preserve your print

### Reviews
★★★★★
★★★★
★★★
★★
★

+ Read all 26 reviews

### Cubist Brown Trout Fishing Derek Deyoung
Designed by BettyButlerr

Cubist Brown Trout Fishing Derek Deyoung

### Also available on

Essential T-Shirt   Pullover Hoodie   Pullover Sweatshirt   Lightweight Hoodie
$19.90   $39.90   $34.85   $34.85

Available on +47 products

### BettyButlerr
Hansborough, United States

Follow

Retro Vintage Freshwater Fishing...   Fly Fishing Rods & Trout American...   Fishing Is My Drug Bass Crappie T...   I'd Rather Be Fishing Funny Fisher...   If You Can Read This You're Fishi...   I Like Fishing And Maybe Like Thre...
$34.85   $34.85   $34.85   $34.85   $34.85   $34.85

View BettyButlerr's shop

### Similar designs
Explore similar designs from over 700,000 independent artists.

Cubist Brown Trout Fishing Derek...   Fab Four Trout Derek Deyoung Fis...   Brown Trout And Dry Fly Derek De...   Montana Rainbow Trout Derek Dey...   Rainbow Trout Fly Fishing Royal W...   Barracuda Fishing Barracuda Fish...
By LauraLason   By MartaKston   By ThonsunMurphy   By MarthaAdam1   By MelissaAdem   By PholloCooke
$34.85   $34.85   $34.85   $34.85   $34.85   $34.85

Brown Trout Fishing Derek Deyoung...   Tarsen River Trout Fishing Derek De...   Brook Trout Flank Fishing Derek D...   Cutthroat Rainbow Brook Brown Tr...   Cutthroat Rainbow Brook Brown Tr...   Tarpon Flank Derek Deyoung Nove...
By VirginiaMorgan   By JessicaFarley   By VirginiaMorgan   By DorisMowran   By ShehaKrakata0   By JulieNavn
$34.85   $34.85   $34.85   $34.85   $34.85   $34.85

**SweatShirts & Hoodies Tags**
fishing sweatshirts & hoodies   brown sweatshirts & hoodies   trout sweatshirts & hoodies   cubist sweatshirts & hoodies   derek sweatshirts & hoodies   deyoung sweatshirts & hoodies

**All Product Tags**
fishing   brown   trout   cubist   derek   deyoung

**Other Products**
fishing t-shirts   fishing stickers   fishing masks   fishing phone cases   fishing posters

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Free Return
Exchange or money back guarantee for all orders
Learn more

Local Support
24/7 Dedicated support
Submit a request

⚑ Report Content   Ⓒ Copyright Infringement

**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies. Cookie Policy

© Redbubble. All Rights Reserved.



## Features

- Raglan sleeve for a great vintage-inspired slim fit
- Heathered and marled fabric ringspun for softness
- Midweight 7.5 oz (250gsm) French terry
- Solid colors are 80% ring-spun cotton, 20% polyester. Heather colors are 60% ring-spun cotton, 40% polyester
- 1 x 1 rib cuffs and crewneck band with spandex, to maintain shape
- Cold wash and hang out to dry to preserve your print

## Reviews

★★★★★

★★★★★
★★★★
★★★
★★
★

+ Read all 26 reviews

### Cubist Brown Trout Fishing Derek Deyoung
Designed by LauraLopen

Cubist Brown Trout Fishing Derek Deyoung

### Also available on

Essential T-Shirt
$19.90

Pullover Hoodie
$39.90

Pullover Sweatshirt
$34.85

Lightweight Hoodie
$34.85

Available on +67 products

### LauraLopen
@Connecport, United States          Follow

Funny Types Of Trout Fish Specie...          Ice Fishing Dad Like A Regular Dad...          If You Can Read This Pull Me Back ...          Retro Vintage Reel Cool Grammy F...          Sorry I Missed Your Call Fishing - ...          Keep It Reel Deep Sea Fishing Fun ...
$34.85          $34.85          $34.85          $34.85          $34.85          $34.85

View LauraLopen's shop

### Similar designs
Explore similar designs from over 700,000 independent artists.

Cubist Brown Trout Fishing Derek...          Fab Four Trout Derek Deyoung Fis...          Brown Trout And Dry Fly Derek De...          Montana Rainbow Trout Derek Dey...          Cutthroat Rainbow Brook Brown Tr...          Cutthroat Rainbow Brook Brown Tr...
By BettyBuiton          By MarlaKelon          By Threosukuphu          By Marthokkerrt          By GlorlaRiveron          By SheliaBrakoill
$34.85          $34.85          $34.85          $34.85          $34.85          $34.85

Brown Trout Fishing Derek Deyoun...          Talon River Trout Fishing Derek De...          Brook Trout Flank Fishing Derek D...          Rainbow Trout Fly Fishing Royal W...          Cutthroat Rainbow Brook Brown Tr...          Barracuda Fishing Barracuda Fish...
By VirginiaMorgan          By JessicaFarley          By VirginiaMorgan          By MelissaAllann          By SheliaBrakoill          By PhylloCoaspe
$34.85          $34.85          $34.85          $34.85          $34.85          $34.85

### SweatShirts & Hoodies Tags
fishing sweatshirts & hoodies     brown sweatshirts & hoodies     trout sweatshirts & hoodies     cubist sweatshirts & hoodies     derek sweatshirts & hoodies     deyoung sweatshirts & hoodies

### All Product Tags
fishing     brown     trout     cubist     derek     deyoung

### Other Products
fishing t-shirts     fishing stickers     fishing masks     fishing phone cases     fishing posters

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Free Return
Exchange or money back guarantee for all orders
Learn more

Local Support
24/7 Dedicated support
Submit a request

⚐ Report Content  /  Copyright Infringement

### Shop
Gift Guides
For Art
New Works
Blog
Save Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

### Shop
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

### Help
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

### Social
Instagram
Facebook
Twitter
Tumblr
Pinterest

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies. Cookie Policy

© Redbubble. All rights reserved.













Montana Rainbow Trout Derek Deyoung Fishing Gift Lightweight Sweatshirt

Designed by MarthaAdam1

$34.85

Size

XS   S   M   L   XL   2XL   3XL

Print Location

Front

Add to cart

View size guide

Delivery
Expires by 17 January
Standard between 28 January – 2 February

**Features**

- Raglan sleeve for a great vintage-inspired slim fit
- Heathered and marled fabric ringspun for softness
- Midweight 7.5 oz (250gsm) French terry
- Solid colors are 80% ring-spun cotton, 20% polyester. Heather colors are 60% ring-spun cotton, 40% polyester
- 1 x 1 rib cuffs and crewneck band with spandex, to maintain shape
- Cold wash and hang out to dry to preserve your print

**Reviews**

★★★★★
★★★★
★★★
★★
★

+ Read all 26 reviews

Montana Rainbow Trout Derek Deyoung Fishing Gift

Designed by MarthaAdam1

Montana Rainbow Trout Derek Deyoung Fishing Gift

Also available on

Essential T-Shirt   Pullover Hoodie   Pullover Sweatshirt   Lightweight Hoodie
$19.90          $39.90          $34.85          $34.85

Available on +87 products

MarthaAdam1
Mullethoath, United States

Follow

American Flag Trout, Fly Fishing, P…   Funny Steelhead Fishing Graphic T…   Fly Fishing Sunset Retro Trout Ang…   Education is Important But Fishing…   WTF Where's The Fish - Funny Fishi…   Gift For 26 Year Old Fishing Fisher…
$34.85                               $34.85                                $34.85                               $34.85                            $34.85                         $34.85

View MarthaAdam1's shop

Similar designs
Explore similar designs from over 700,000 independent artists.

Teton River Trout Fishing Derek…   Fab Four Trout Derek Deyoung Fis…   Cutbin Brown Trout Fishing Derek…   Brown Trout Fishing Derek Deyou…   Cutthroat Rainbow Brook Brown Tr…   Cutthroat Rainbow Brook Brown Tr…
By JessicaParks                    By MarthaAdam                      By LauraLepon                     By VirginiaMorgan                 By GloriaFiveran                By SheilaBraskott
$34.85                             $34.85                             $34.85                            $34.85                            $34.85                          $34.85

Brown Trout Fishing Derek Deyoung…   Rainbow Trout Fly Fishing Royal W…   Cutbin Brown Trout Fishing Derek…   Brook Trout Flank Fishing Derek D…   Brown Trout And Dry Fly Derek De…   Barracuda Fishing Barracuda Fish…
By VirginiaMorgan                    By MelissaKarin                     By BettyButler                    By VirginiaMorgan                 By TheresaMurphy               By PhyllisCarpe
$34.85                               $34.85                              $34.85                            $34.85                            $34.85                         $34.85

SweatShirts & Hoodies Tags

trout sweatshirts & hoodies   fishing sweatshirts & hoodies   rainbow sweatshirts & hoodies   derek sweatshirts & hoodies   deyoung sweatshirts & hoodies   montana sweatshirts & hoodies

All Product Tags

trout   fishing   rainbow   derek   deyoung   montana

Other Products

trout t-shirts   trout stickers   trout masks   trout phone cases   trout posters

Worldwide Shipping          Secure Payments          Free Return          Local Support
Available as Standard or Express delivery   100% Secure payment with 256-bit SSL Encryption   Exchange or money back guarantee for all orders   24/7 Dedicated support
Learn more                       Learn more                   Learn more               Submit a request

↑ Report Content   Copyright Infringement

Shop
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

About
About Us
Careers
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

Help
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

Social
Instagram
Facebook
Twitter
Tumblr
Pinterest

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies. Cookie Policy

© Redbubble. All rights reserved



Case 1:21-cv-00084-RGA-CJB   ECF No. 1-7, PageID.1   Filed 03/18/21   Page 23 of 24



